## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

KARANDEEP SINGH,                    )
                                    )
        Petitioner,                 )
                                    )
vs.                                 )        Case No. CIV-26-1169-R
                                    )
MARKWAYNE MULLIN, et al.,           )
                                    )
        Respondents.                )

## ORDER

Before the Court is Petitioner's Notice of Voluntary Dismissal seeking dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Upon consideration, this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE